In the Matter of SEPHORA K. DAVIS, Petitioner, v JOAN S. KOHOUT, as Acting Livingston County Court Judge, et al.,

Respondents. [886 NYS2d 64]—Motion for reargument, clarification or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Smith, Centra and Pine, JJ.